IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **JOYCE ANN SMITH,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. **3:25-CV-2387-L-BN** |
| **JOY TURNER,** *et al.*, | § § § | |
| Defendants. | § § | |

## ORDER

On September 10, 2025, the Findings, Conclusions and Recommendation of the United States Magistrate Judge (Doc. 5) ("Report") was entered, recommending that the court dismiss with prejudice this action as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) because Plaintiff's "rambling and largely incoherent complaint asserts that her family members have died or gone missing and been replaced by identity thieves," and "[t]he facts alleged are wholly incredible and factually frivolous." Doc. 5 at 3. No objections to the Report were filed, and the deadline for asserting objections has expired.

Having considered the pleadings, file, Report, and record in this case, the court determines that the magistrate judge's findings and conclusions are correct, and **accepts** them as those of the court. Accordingly, the court **dismisses with prejudice** as frivolous this action pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). In light of this ruling, the court also **denies as moot** Plaintiff's Motion for Leave to Proceed In Forma Pauperis (Doc. 4).

The court prospectively **certifies** that any appeal of this action by Plaintiff would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3). In support of this certification, the court **incorporates by reference** the Report. *See Baugh v. Taylor*, 117 F.3d 197, 202 and n.21 (5th Cir. 1997). Based on the Report, the court concludes that any appeal of

Order – Page 1

this action by Plaintiff would present no legal point of arguable merit and would, therefore, be frivolous. *Howard v. King*, 707 F.2d 215, 220 (5th Cir. 1983). In the event of an appeal, Plaintiff may challenge this certification by filing a separate motion to proceed *in forma pauperis* on appeal with the clerk of the United States Court of Appeals for the Fifth Circuit. *See Baugh*, 117 F.3d at 202; Fed. R. App. P. 24(a)(5).

      **It is so ordered** this 24th day of October, 2025.

      Sam A. Lindsay
      United States District Judge

Order – Page 2